IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH WAYNE CROSS, JR.,                                                               PLAINTIFF

v.                                   Civil No. 4:24-CV-04117-SGS

STATE TROOPER JOHNATHAN NUTT,                                                           DEFENDANT

## JUDGMENT

For the reasons stated in a Memorandum Opinion entered this same day, Defendant Nutt's Motion for Summary Judgment, (ECF No. 23), is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED AND ADJUDGED this 31st day of December 2025.


*s/ Spencer G. Singleton*
HON. SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE